UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> W.J. DEUTSCH & SONS LTD. d/b/a DEUTSCH FAMILY WINE & SPIRITS, and BARDSTOWN BARREL SELECTIONS LLC, <br><br> Defendants. | No. 1:17-cv-04259-LLS <br><br> Hon. Louis L. Stanton |

### DECLARATION OF JACOB D. ALDERDICE IN SUPPORT OF
### PLAINTIFF'S MOTION TO STRIKE

I, Jacob D. Alderdice, hereby declare:

1. I am an associate attorney with the law firm of Jenner & Block LLP, counsel for Plaintiff Diageo North America, Inc. ("Diageo"). I am admitted to practice in this Court. I submit this declaration in support of Diageo's Motion to Strike Evidence Submitted in Connection with Deutsch's Motion for Summary Judgment. The statements made in this declaration are based on my personal knowledge or on information provided to me by Diageo or by colleagues or other personnel working under my supervision on this case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of the November 5, 2018 and November 14, 2018 deposition of Thomas Steffanci, taken in the above-captioned matter ("Steffanci Tr.").

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of the June 4, 2019 deposition of Glenn May, taken in the above-captioned matter.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of the May 8, 2019 deposition of Thomas Sooy, taken in the above-captioned matter.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a document reflecting the 375 ml sized bottle of Bulleit Bourbon produced in this action as DIAGEO000036904.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a production letter sent from counsel for Deutsch to counsel for Diageo dated April 6, 2019.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a production letter sent from counsel for Deutsch to counsel for Diageo dated August 30, 2019.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a production letter sent from counsel for Deutsch to counsel for Diageo dated October 9, 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of November 2019 in New York, New York.

_____
Jacob D. Alderdice