ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DIAGEO NORTH AMERICA, INC.,

                Plaintiff,

-against-

W.J. DEUTSCH & SONS LTD. d/b/a DEUTSCH
FAMILY WINE & SPIRITS, and BARDSTOWN
BARREL SELECTIONS LLC,

                Defendants.
-------------------------------------------------------------X

17 Civ. 4259 (LLS)

**ORDER**

    Genuine issues of material facts concerning the similarities between the Deutsch and Bulleit bottles' trade dress, consumer confusion and applicable <u>Polaroid</u> factors require the denial of defendants' motion for partial summary judgment and their motion for reconsideration.

    So Ordered.

Dated: New York, New York
         April 7, 2020

                                            Louis L. Stanton
                                            LOUIS L. STANTON
                                                 U.S.D.J.