UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC.,<br><br>   Plaintiff/Counterclaim Defendant,<br><br>   v.<br><br>W.J. DEUTSCH & SONS LTD. d/b/a<br>DEUTSCH FAMILY WINE & SPIRITS, and<br>BARDSTOWN BARREL SELECTIONS LLC,<br><br>   Defendants/Counterclaim Plaintiffs. | ECF CASE<br><br>Case No. 1:17-CV-04259-LLS<br><br>JOINT STIPULATION AND<br>[PROPOSED] SCHEDULING<br>EXTENSION |

  **WHEREAS**, on October 2, 2020, the Court endorsed a schedule for the parties to exchange pre-trial findings of fact pursuant to the Court's Individual Practices, and for the parties to file Daubert motions by December 9, 2020;

  **WHEREAS,** the parties have exchanged pre-trial findings of fact, and seek a brief extension of the time to file Daubert motions;

  Based on the foregoing**, IT IS HEREBY STIPULATED AND AGREED** that the parties' deadline for filing Daubert motions is extended to **December 16, 2020**. Opposition briefs will be due on **January 12, 2021.** Reply briefs will be due on **January 26, 2021.**

  This is the parties' first request for an extension of the schedule for filing Daubert motions.

  This Stipulation may be executed in counterparts with facsimile and/or email signatures treated as originals.

            \*   \*   \*

**SO STIPULATED:**

Dated: November 30, 2020
New York, New York

| **ARENT FOX LLP** | **JENNER & BLOCK LLP** |
|---|---|

By: *[signature]*

Michael A. Grow (*pro hac vice*)
1717 K Street, NW
Washington DC 20006
Tel. (202) 857-6000
Fax: (202) 857-6395
Michael.Grow@arentfox.com

Howard Graff
Eric Biderman
Lindsay Korotkin
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 484-3900
Fax: (212) 484-3990
Howard.Graff@arentfox.com
Eric.Biderman@arentfox.com
Lindsay.Korotkin@arentfox.com

*Attorneys for Defendants/Counterclaim Plaintiffs W.J. Deutsch & Sons Ltd. d/b/a Deutsch Family Wine & Spirits and Bardstown Barrel Selections LLC*

By: *[signature]*

Susan J. Kohlmann
Gianni P. Servodidio
Jacob D. Alderdice
919 Third Avenue
New York, NY 10022
Tel.: (212) 891-1600
Fax: (212) 891-1699
SKohlmann@jenner.com
GServodidio@jenner.com
JAlderdice@jenner.com

*Attorneys for Plaintiff/Counterclaim Defendant Diageo North America, Inc.*

**SO ORDERED.**

**DATED:**   **New York, New York**

_____,_____   _____
**United States District Judge**

2