UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DIAGEO NORTH AMERICA, INC.,** | **ECF CASE** |
| Plaintiff/Counterclaim Defendant, | Case No. 1:17-cv-04259-LLS |
| v. | Hon. Louis L. Stanton |
| **W.J. DEUTSCH & SONS LTD. d/b/a DEUTSCH FAMILY WINE & SPIRITS, and BARDSTOWN BARREL SELECTIONS LLC,** | **ORAL ARGUMENT REQUESTED** |
| Defendants/Counterclaim Plaintiffs. | |

**DEFENDANTS/COUNTERCLAIM PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE PLAINTIFF/COUNTERCLAIM DEFENDANT'S EXPERT GLENN MAY**

Deutsch hereby moves this Court under Federal Rules of Evidence 403, 702, and 703 and *Daubert* for an order excluding any and all testimony, references to testimony, or arguments based upon the testimony or expert report of Glenn May, expert witness for Diageo. The motion is based on the ground that the subject matter of Mr. May's opinion and testimony is inadmissible because he lacks the necessary qualification and his opinion and testimony is improper, baseless, speculative, more prejudicial than probative, outside of Mr. May's personal knowledge or expertise, non-scientific, irrelevant to the matters at issue in this litigation, withdrawn, and addresses matters that are reserved for the jury, and/or will confuse the issues or mislead the jury. Respectfully submitted,

Dated:  December 16, 2020        By:  _____

Michael A. Grow, *pro hac vice*
1717 K Street, NW
Arent Fox LLP
Washington, DC 20006
Tel.:  (202) 857-6000
Fax:  (202) 857-6395
Michael.Grow@arentfox.com

Howard Graff
Eric Biderman
Lindsay Korotkin
Michael Cryan
Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Tel.:  (212) 484-3900
Fax:  (212) 484-3990
Howard.Graff@arentfox.com
Eric.Biderman@arentfox.com
Lindsay.Korotkin@arentfox.com
Michael.Cryan@arentfox.com

*Attorneys for Defendants/Counterclaim Plaintiffs W.J. Deutsch & Sons Ltd. d/b/a Deutsch Family Wine & Spirits and Bardstown Barrel Selections LLC*

Page 1 - NOTICE OF MOTION TO EXCLUDE PLAINTIFF/COUNTERCLAIM DEFENDANT'S EXPERT GLENN MAY