# EXHIBIT 10

Produced as Native

HIGHLY CONFIDENTIAL
DFWS00140401