UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> W.J. DEUTSCH & SONS LTD. d/b/a DEUTSCH FAMILY WINE & SPIRITS, and BARDSTOWN BARREL SELECTIONS LLC, <br><br> Defendants. | Case No. 1:17-cv-04259-LLS |

**NOTICE OF MOTION TO EXCLUDE
THE TESTIMONY OF MATTHEW G. EZELL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Gianni P. Servodidio and exhibits attached thereto, the undersigned attorneys for Plaintiff/Counterclaim Defendant Diageo North America, Inc. shall move this Court, before the Honorable Louis L. Stanton, United States Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rules of Evidence 403 and 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and other authorities cited in the accompanying Memorandum, excluding Matthew Ezell from testifying as an expert witness for Defendants Deutsch Family Wine and Spirits and Bardstown Barrel Selections LLC in this case and barring any use of, or reliance on, his written report, survey evidence, and deposition testimony at trial.

Dated:   New York, New York
         December 16, 2020                    Respectfully submitted,

                                              By: /s/Gianni P. Servodidio
                                                  Susan J. Kohlmann
                                                  Gianni P. Servodidio
                                                  Jacob D. Alderdice
                                                  Allison N. Douglis
                                                  JENNER & BLOCK LLP
                                                  919 Third Avenue, 38th Floor
                                                  New York, NY 10022
                                                  Phone 212-891-1600
                                                  Fax  212-891-1699
                                                  gservodidio@jenner.com

                                                  *Attorneys for Plaintiff Diageo North America, Inc.*