Appendix E - Survey Data

| respid | QNUM | Q1_0 | Q2_1_M | Q2_1_D | Q2_1_Y | age_groups | m21_34 | f21_34 | m35_54 | f35_54 | m55over | f55over | Q2_0_1 | Q2_0_2 | Q2_0_3 | Q3_0 | Q4_0 | Q5_0_1 | Q5_0_2 | Q6_0 | Q6_1 | Q7_0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 1001 | 1 | 9 | 25 | 1960 | 4 | | | | | 1 | | 1 | 3 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1002 | 1 | 7 | 8 | 1978 | 3 | | | 1 | | | | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1003 | 2 | 4 | 30 | 1996 | 2 | | 1 | | | | | 1 | 1 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1004 | 2 | 4 | 20 | 1985 | 2 | | 1 | | | | | 1 | 1 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1005 | 2 | 9 | 20 | 1963 | 3 | | | | 1 | | | 1 | 2 | 1 | 4 | 1 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1006 | 2 | 2 | 6 | 1952 | 4 | | | | | | 1 | 1 | 3 | 3 | 2 | 3 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1007 | 2 | 3 | 30 | 1984 | 2 | | 1 | | | | | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1008 | 1 | 5 | 15 | 1967 | 3 | | | 1 | | | | 1 | 1 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1009 | 1 | 2 | 15 | 1985 | 2 | 1 | | | | | | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1010 | 2 | 8 | 4 | 1946 | 4 | | | | | | 1 | 1 | 1 | 1 | 4 | 1 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1011 | 2 | 5 | 5 | 1993 | 2 | | 1 | | | | | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1012 | 1 | 9 | 14 | 1986 | 2 | 1 | | | | | | 1 | 1 | 1 | 2 | 3 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1013 | 1 | 6 | 13 | 1987 | 2 | 1 | | | | | | 1 | 1 | 1 | 4 | 2 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1014 | 2 | 4 | 27 | 1986 | 2 | | 1 | | | | | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1015 | 2 | 6 | 10 | 1967 | 3 | | | | 1 | | | 1 | 1 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1016 | 2 | 10 | 24 | 1961 | 4 | | | | | | 1 | 1 | 1 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1017 | 1 | 8 | 20 | 1965 | 3 | | | 1 | | | | 1 | 1 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1018 | 1 | 4 | 25 | 1991 | 2 | 1 | | | | | | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1019 | 1 | 5 | 1 | 1991 | 2 | 1 | | | | | | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1020 | 1 | 5 | 18 | 1988 | 2 | 1 | | | | | | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1021 | 2 | 9 | 9 | 1976 | 3 | | | | 1 | | | 1 | 1 | 1 | 4 | 2 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1022 | 1 | 2 | 27 | 1942 | 4 | | | | | 1 | | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1023 | 1 | 1 | 27 | 1975 | 3 | | | 1 | | | | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1024 | 1 | 5 | 30 | 1987 | 2 | 1 | | | | | | 1 | 1 | 1 | 3 | 1 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1025 | 1 | 1 | 28 | 1985 | 2 | 1 | | | | | | 1 | 1 | 2 | 3 | 1 | 2 | 2 | 1 | 1 | 2 |
| [illegible] | 1026 | 2 | 10 | 3 | 1994 | 2 | | 1 | | | | | 1 | 1 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 |
| [illegible] | 1027 | 1 | 10 | 3 | 1984 | 2 | 1 | | | | | | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 |

Appendix E - Survey Data