UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> W.J. DEUTSCH & SONS LTD. d/b/a DEUTSCH FAMILY WINE & SPIRITS, and BARDSTOWN BARREL SELECTIONS LLC, <br><br> Defendants/Counterclaim Plaintiffs. | ECF CASE <br><br> Case No. 1:17-CV-04259-LLS <br><br> JOINT STIPULATION AND [PROPOSED] SCHEDULING EXTENSION |

**WHEREAS**, on October 2, 2020, the Court endorsed a schedule for the parties to exchange pre-trial findings of fact pursuant to the Court's Individual Practices, for the parties to file Daubert motions by December 9, 2020, and for the parties to file a consolidated pre-trial order and other pre-trial materials by February 19, 2021, with a Final Pre-Trial Conference to be held on March 5, 2021 (ECF No. 202);

**WHEREAS,** the parties have exchanged pre-trial findings of fact and all reply findings and evidentiary support for same, and the parties' Daubert motions are fully briefed;

**WHEREAS,** the parties are in the process of exchanging exhibit lists, conferring on objections, and preparing the remaining documents required for the consolidated pre-trial order;

**WHEREAS**, the parties seek a 60-day extension of the deadlines for the filing of the consolidated pre-trial order and other pre-trial materials and of the Final Pre-Trial Conference. This modification of the schedule will allow the parties to address the voluminous case record, agree on joint trial exhibits, and narrow any potential evidentiary disputes.   This request is

1

further supported by the continuing COVID-19 pandemic and its impact on the New York region.

Based on the foregoing, **IT IS HEREBY STIPULATED AND AGREED** that the parties' deadline for filing all pre-trial materials with the Court, including the consolidated pre-trial order and each party's trial brief on contested issues of law, requests to charge, proposed voir dire, and copies of experts' sworn statements attaching their reports, will be extended to **April 21, 2021.** The date for the Final Pre-Trial Conference will be extended, at the Court's convenience, to **May 14, 2021.**

This is the parties' first request for an extension of the schedule for filing pre-trial materials.

This Stipulation may be executed in counterparts with facsimile and/or email signatures treated as originals.

*   *   *

**SO STIPULATED:**

Dated:      February 2, 2021
            New York, New York

| **ARENT FOX LLP** | **JENNER & BLOCK LLP** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Michael A. Grow (*pro hac vice*) | Susan J. Kohlmann |
| 1717 K Street, NW | Gianni P. Servodidio |
| Washington DC 20006 | Jacob D. Alderdice |
| Tel. (202) 857-6000 | 919 Third Avenue |
| Fax: (202) 857-6395 | New York, NY 10022 |
| Michael.Grow@arentfox.com | Tel.: (212) 891-1600 |
|  | Fax: (212) 891-1699 |
| Howard Graff | SKohlmann@jenner.com |
| Eric Biderman | GServodidio@jenner.com |
| Lindsay Korotkin | JAlderdice@jenner.com |

<div style="display: flex; justify-content: space-between;">

1301 Avenue of the Americas  
New York, NY 10019  
Tel.: (212) 484-3900  
Fax: (212) 484-3990  
Howard.Graff@arentfox.com  
Eric.Biderman@arentfox.com  
Lindsay.Korotkin@arentfox.com  

*Attorneys for Plaintiff/Counterclaim*  
*Defendant Diageo North America, Inc.*

</div>

*Attorneys for Defendants/Counterclaim*
*Plaintiffs W.J. Deutsch & Sons Ltd. d/b/a*
*Deutsch Family Wine & Spirits and Bardstown*
*Barrel Selections LLC*

**SO ORDERED.**

**DATED:**    **New York, New York**

    _____,_____       _____

                                                                          **United States District Judge**