```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------X
DIAGEO NORTH AMERICA, INC.,

                    Plaintiff,           17 Civ. 4259 (LLS)

        - against -                      ORDER

W.J. DEUTSCH & SONS LTD. d/b/a
DEUTSCH FAMILY WINE & SPIRITS,
and BARDSTOWN BARREL SELECTIONS LLC,

                    Defendants.
-------------------X
```

Diageo's application for leave to move to strike Deutsch's Motions in Limine is denied.

Both parties' motions in limine listed in their June 23 stipulation so-ordered by this Court on June 30 are denied without prejudice and with leave to renewal at trial, except for Diageo's Motions in Limine # 1, 3, and 4, and Deutsch's Motion in Limine # 4.

Those will be dealt with as scheduled in the stipulation and order.

So ordered.

Dated: New York, New York
       July 1, 2021

                                        _Louis L. Stanton_
                                        LOUIS L. STANTON
                                        U.S.D.J.