**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/22
```

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC., | |
| Plaintiff/Counterclaim Defendant, | ECF CASE |
| v. | Case No. 1:17-CV-04259-LLS |
| W.J. DEUTSCH & SONS LTD. d/b/a DEUTSCH FAMILY WINE & SPIRITS, and BARDSTOWN BARREL SELECTIONS LLC, | [~~PROPOSED~~] ORDER |
| Defendants/Counterclaim Plaintiffs. | |

IT IS HEREBY ORDERED this 25th day of March that the parties' request to bring physical bottles, including alcoholic beverage bottles, into Court and the trial Courtroom for use as exhibits at trial is GRANTED. The bottles that may be brought into Court must be either empty or full and securely sealed. The parties shall take steps to ensure that all physical bottles are secured and locked when Court is not in session. The parties are permitted to bring said bottles into Court for use during trial beginning on Wednesday, May 11, 2022, and throughout the duration of the trial.

**IT IS SO ORDERED.**

DATED:   New York, New York

March 25, 2022

_Louis L. Stanton_
United States District Judge