ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAGEO NORTH AMERICA, INC.,

    Plaintiff/Counterclaim Defendant,

v.

W.J. DEUTSCH & SONS LTD. d/b/a
DEUTSCH FAMILY WINE & SPIRITS, and
BARDSTOWN BARREL SELECTIONS LLC,

    Defendants/Counterclaim Plaintiffs.

ECF CASE

Case No. 1:17-CV-04259-LLS

**JOINT STIPULATION RE: WITHDRAWING NON-OBJECTIONABLE TRIAL EXHIBITS**

**WHEREAS**, on May 9, 2022, the Court held a pretrial conference, during which the parties agreed to submit a list of trial exhibits for which there were no objections;

**WHEREAS**, on May 12, 2022, the Court so ordered a stipulation admitting into evidence a list of non-objectionable exhibits (ECF No. 412);

**WHEREAS**, on May 17, 2022, the Court so ordered a stipulation admitting into evidence an additional list of non-objectionable exhibits (ECF No. 413);

**WHEREAS**, the parties have conferred and have agreed to withdraw additional exhibits that have been admitted into evidence;

Based on the foregoing, **IT IS HEREBY STIPULATED AND AGREED** that the parties have agreed that the defendant exhibits (DX) in the attached Exhibit A are withdraw from evidence.

This Stipulation may be executed in counterparts with facsimile and/or email signatures treated as originals.

///

///

///

*   *   *

**SO STIPULATED:**

Dated:   May 23, 2022
         New York, New York

| **ARENT FOX LLP** | **JENNER & BLOCK LLP** |
|---|---|
| By: /s/ Michael A. Grow | By: /s/ Susan J. Kohlmann |
| Michael A. Grow (*pro hac vice*) | Susan J. Kohlmann |
| 1717 K Street, NW | Gianni P. Servodidio |
| Washington DC 20006 | Jacob D. Alderdice |
| Tel. (202) 857-6000 | 1155 Avenue of the Americas |
| Fax: (202) 857-6395 | New York, NY 10036 |
| Michael.Grow@afslaw.com | Tel.: (212) 891-1600 |
|  | Fax: (212) 891-1699 |
| Howard Graff | SKohlmann@jenner.com |
| Michael Cryan | GServodidio@jenner.com |
| Zachary D. Smith (*pro hac vice*) | JAlderdice@jenner.com |
| 1301 Avenue of the Americas |  |
| New York, NY 10019 | *Attorneys for Plaintiff/Counterclaim Defendant Diageo North America, Inc.* |
| Tel.: (212) 484-3900 |  |
| Fax: (212) 484-3990 |  |
| Howard.Graff@afslaw.com |  |
| Michael.Cryan@afslaw.com |  |
| Zachary.Smith@afslaw.com |  |

*Attorneys for Defendants/Counterclaim Plaintiffs W.J. Deutsch & Sons Ltd. d/b/a Deutsch Family Wine & Spirits and Bardstown Barrel Selections LLC*

**SO ORDERED.**

DATED:  New York, New York

  May 24, 2022                    Louis L. Stanton
                                  **United States District Judge**

| Exhibit # | Bates Number | Description | Party |
|---|---|---|---|
| DX 042 | DFWS00147968 | Buchanan's Deluxe: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 043 | DFWS00166449 | Buchanan's Deluxe: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 044 | DFWS00107067 | Buchanan's Deluxe: Trademark File Wrapper | Defendant Deutsch |
| DX 047 | DFWS00179241 | Buchanan's Master: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 119 | DFWS00166379 | Auchentoshan: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 120 | DFWS00166364 | Auchentoshan: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 125 | DFWS00171612 | Aviation Gin: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 126 | DFWS00171606 | Aviation Gin: Photos of Bottle with Bulleit and Redemption (Multiple Angles) | Defendant Deutsch |
| DX 130 | DFWS00165763 | Bacardi Gold: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 133 | DFWS00178966 | Bacardi Gran Reserva Ocho: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 137 | DFWS00166440 | Ballantine's: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 144 | DFWS00169236 | Becher Becherovka: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 161 | DFWS00169344 | Bird Dog Apple Whiskey: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 162 | DFWS00169354 | Bird Dog Apple Whiskey: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 177 | DFWS00168668 | Camarena: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 178 | DFWS00168799 | Camarena: Photo of Bottle with Bulleit | Defendant Deutsch |
| DX 183 | DFWS00165882 | Cane Run Rum: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 191 | DFWS00165134 | Chivas Regal: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 196 | DFWS00168831 | Cointreau: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 197 | DFWS00168612 | Cointreau: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 212 | DFWS00178992 | Cruzan Rum: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 216 | DFWS00166129 | Dewars: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 233 | DFWS00165869 | Early Times: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 237 | DFWS00166184 | Elijah Craig: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 238 | DFWS00165832 | Elijah Craig: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 266 | DFWS00174391 | Glenrothes: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 267 | DFWS00174385 | Glenrothes: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 320 | DFWS00165179 | Jameson 200 mL: Physical Bottle & Photos of Bottle | Defendant Deutsch |
| DX 323 | DFWS00165212 | Jim Beam: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 369 | DFWS00099463 | Mitcher's Bourbon: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 386 | DFWS00174963 | Old Camp American Whiskey: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 387 | DFWS00165425 | Old Camp American Whiskey: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 412 | DFWS00168860 | Olmeca Altos Tequila: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 413 | DFWS00168849 | Olmeca Altos Tequila: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 414 | DFWS00171598 | Olmeca Altos Tequila: Photos of Bottle with Bulleit v Redemption (Multiple Angles) | Defendant Deutsch |
| DX 443 | DFWS00165224 | Seagram's 7: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 472 | DFWS00099478 | Tullamore Dew: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 473 | DFWS00166483 | Tullamore Dew: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 727 | DFWS00171698 | Bird Dog Peach Whiskey: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 728 | DFWS00171719 | Bird Dog Peach Whiskey: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 740 | DFWS00165487 | Sauza Hornitos: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 741 | DFWS00165864 | Sauza Hornitos: Photos of Bottle with Bulleit (Multiple Angles) | Defendant Deutsch |
| DX 751 | DFWS00168253 | Crown Royal: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 772 | DFWS00175164 | Seagram's VO: Physical Bottle & Photos of Bottle (Multiple Angles) | Defendant Deutsch |
| DX 773 | DFWS00175158 | Seagram's VO: Photos of Bottle with Bulleit/ Redemption (Multiple Angles) | Defendant Deutsch |