ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
DIAGEO NORTH AMERICA, INC.,

        Plaintiff,      17 Civ. 4259 (LLS)

   - against -        ORDER

W.J. DEUTSCH & SONS LTD. d/b/a
DEUTSCH FAMILY WINE & SPIRITS,
and BARDSTOWN BARREL SELECTIONS LLC,

        Defendants.
- - - - - - - - - - - - - - - - - -X

    The parties' initial additional submissions, if any, under Rules 50(a) and 50(b) of the FRCP, along with the text proposed for any injunction, shall be made by July 1, 2022, with responses thereto by July 21, 2022.

    So Ordered.

Dated: New York, New York
       June 3, 2022

                                          Louis L. Stanton
                                              U.S.D.J.