UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAGEO NORTH AMERICA, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> W.J. DEUTSCH & SONS LTD. d/b/a DEUTSCH FAMILY WINE & SPIRITS, and BARDSTOWN BARREL SELECTIONS LLC, <br><br> Defendants/Counterclaim Plaintiffs. | ECF CASE <br><br> Case No. 1:17-CV-04259-LLS |

**DEFENDANTS/COUNTERCLAIM PLAINTIFFS'**
**NOTICE OF MOTION FOR CLARIFICATION OF PERMANENT INJUNCTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Court's September 7, 2022 permanent injunction ("Injunction Order") noting that the Court retains jurisdiction of this matter for purposes of interpreting the terms of the injunction (ECF No. 468 at 368), the attorneys for Defendants/Counterclaim Plaintiffs W.J. Deutsch & Sons Ltd. d/b/a Deutsch Family Wine & Spirits, and Bardstown Barrel Selections LLC (collectively "Deutsch") shall move this Court, before Honorable Louis L. Stanton, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street, New York, New York 10007, for an order granting Deutsch's Motion for Clarification of Permanent Injunction. In light of the urgent need for clarification of the Court's injunction, Deutsch respectfully requests that the Court set an expedited briefing schedule for this motion.

1

2

Dated: September 14, 2022  Respectfully submitted.

**ARENTFOX SCHIFF LLP**

By: /s/ Michael Cryan

Michael Cryan
Eric Roman (ER-7928)
Rachel Remke (*admitted pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019

Michael A. Grow (*admitted pro hac vice*)
Michael.grow@afslaw.com
Zachary D. Smith (*admitted pro hac vice*)
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 856-6000
Facsimile: (202) 857-6395

*Attorneys for Defendants/Counterclaim Plaintiffs*