ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/22

DIAGEO NORTH AMERICA, INC.,

    Plaintiff/Counterclaim Defendant,

v.

W.J. DEUTSCH & SONS LTD. d/b/a
DEUTSCH FAMILY WINE & SPIRITS, and
BARDSTOWN BARREL SELECTIONS LLC,

    Defendants/Counterclaim Plaintiffs.

ECF CASE

Case No. 1:17-CV-04259-LLS

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED this 26th day of Sept that the parties' request to bring physical bottles, including alcoholic beverage bottles, into Court and the Courtroom for use as exhibits during the September 27, 2022 conference is GRANTED. The bottles that may be brought into Court must be either empty or full and securely sealed. The parties are permitted to bring said bottles into Court for use on Tuesday, September 27, 2022.

**IT IS SO ORDERED.**

DATED:    New York, New York

Sept 26, 2022

_____
Louis L. Stanton
United States District Judge

1