ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

DIAGEO NORTH AMERICA, INC.,

               Plaintiff,         17 Civ. 4259 (LLS)

    - against -                  ORDER

W.J. DEUTSCH & SONS LTD. ET AL.,

               Defendants.
- - - - - - - - - - - - - - - - - - -X

    Good cause appearing, the expedited briefing schedule respecting Deutsch's four options for a proposed redesign of the Redemption packaging is set as follows. Diageo's opposition to the motion, if any, is due by Wednesday November 23, 2022, and Deutsch's reply is to follow by Wednesday November 30, 2022.

    So ordered.

Dated: New York, New York
       November 18, 2022

                                              *Louis L. Stanton*
                                             LOUIS L. STANTON
                                                U.S.D.J.