UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAGEO NORTH AMERICA, INC.,

    Plaintiff/Counterclaim Defendant,

    v.

W.J. DEUTSCH & SONS LTD. d/b/a
DEUTSCH FAMILY WINE & SPIRITS, and
BARDSTOWN BARREL SELECTIONS LLC,

    Defendants/Counterclaim Plaintiffs.

ECF CASE

Case No. 1:17-CV-04259-LLS

[~~PROPOSED~~] ORDER    LLS

---

IT IS HEREBY ORDERED this 5th day of Dec that the parties' request to bring physical bottles, including alcoholic beverage bottles, into Court and the Courtroom for use as exhibits during the December 7, 2022 conference is GRANTED. The bottles that may be brought into Court must be either empty or full and securely sealed. The parties are permitted to bring said bottles into Court for use on Wednesday, December 7, 2022.

**IT IS SO ORDERED.**

DATED:    New York, New York

Dec 5, 2022

_Louis L. Stanton_
United States District Judge