ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/8/22_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

DIAGEO NORTH AMERICA, INC.,

                Plaintiff,

    - against -

W.J. DEUTSCH & SONS LTD. ET AL.,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

17 Civ. 4259 (LLS)

ORDER

    Deutsch's Motion for a Pre-Release Compliance Determination Under the Permanent Injunction (Dkt. No. 504) is denied for the reasons stated on the record at the December 7, 2022 hearing.

    So ordered.

Dated: New York, New York
      December 8, 2022

                      Louis L. Stanton
                      LOUIS L. STANTON
                        U.S.D.J.