ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

DIAGEO NORTH AMERICA, INC.,

                Plaintiff,        17 Civ. 4259 (LLS)

   - against -                    ORDER

W.J. DEUTSCH & SONS LTD. ET AL.,

                Defendants.
- - - - - - - - - - - - - - - - - - - -X

    Oral argument of Deutsch's Motion for a Pre-Release Compliance Determination under the Permanent Injunction (Dkt. No. 516) will be held on December 20, 2022 at 2:30pm. Deutsch shall bring to the hearing an actual sample of the proposed interim redesign of the Redemption bottle.

    Deutsch is also directed to provide an actual sample to opposing counsel at least twenty-four hours before the hearing. If the proposed bottle cannot be produced by then, counsel shall so notify the Court and the hearing will be adjourned until sufficient prior notice can be provided to Diageo.

    So ordered.

Dated: New York, New York
       December 16, 2022

                                   *Louis L. Stanton*
                                LOUIS L. STANTON
                                    U.S.D.J.