ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAGEO NORTH AMERICA, INC.,

    Plaintiff/Counterclaim Defendant,

v.

W.J. DEUTSCH & SONS LTD. d/b/a
DEUTSCH FAMILY WINE & SPIRITS, and
BARDSTOWN BARREL SELECTIONS LLC,

    Defendants/Counterclaim Plaintiffs.

ECF CASE

Case No. 1:17-CV-04259-LLS

[~~PROPOSED~~] ORDER      LLS

---

IT IS HERBY ORDERED that the parties' request to bring physical bottles, including alcoholic beverage bottles, into Court and the Hearing Courtroom for use as exhibits is hereby **GRANTED**. The bottles that may be brought into Court must be either empty or full and securely sealed. The parties are permitted to bring said bottles into Court for use during the Hearing on Tuesday, December 20, 2022.

SIGNED this 19th day of DECEMBER, 2022.

Louis L. Stanton
LOUIS L. STANTON
United States District Judge

1